IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3026 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| LOWELL BAISDEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)  The parties' motion to continue, (filing no. 67), is granted.

2)  A status conference will be held before the undersigned magistrate judge on January 13, 2012 at 9:00 a.m.

3)  This court previously held this case is "unusual and complex" pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), and the Speedy Trial Act's 70-day limit for bringing this case to trial was inapplicable, (filing no. 21). For the reasons discussed in the previous order, the court finds that this case remains "unusual and complex" due to the voluminous and complex discovery requirements; therefore, the case remains exempt from the requirements of the Speedy Trial Act, and the time between October 14, 2011 and January 13, 2012 shall be excluded in the interest of justice.

DATED this 13th day of October, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge